# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00283-CV

**Inayah Musaddiq Mouhamadou, Appellant**

**v.**

**The State of Texas, Appellee**

---

## FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CV-25-000274, BIANCA GARCIA, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on June 30, 2025. On July 22, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by August 1, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Prosecution

Filed: August 19, 2025